PEOPLE *v.* SIMS

PEOPLE *v.* PERRY

SEARCHES AND SEIZURES—AUTOMOBILES—WEAPONS—INDICTMENT AND
INFORMATION—APPEAL AND ERROR.

> Decision of Michigan Court of Appeals should be affirmed where
> formal submission of appeal shows that no error, reversible
> or otherwise, was or now is disclosed. See *People* v. *Sims*
> (1970), 23 Mich App 194.

Appeal from Court of Appeals, Division 1,
Lesinski, C. J., and Quinn and V. J. Brennan, JJ.,
affirming Wayne, Edward S. Piggins, J. Submitted
June 22, 1971. (No. 20 June Term 1971, Docket
No. 52,831.) Decided August 27, 1971. Certiorari
denied by United States Supreme Court April 17,
1972.

23 Mich App 194 affirmed.

Thomas Sims and Leonard Perry were convicted
of carrying dangerous weapons without a license in
a motor vehicle. Defendants appealed to the Court
of Appeals. Affirmed. Defendants appeal. Affirmed.

*Frank J. Kelley,* Attorney General, *Robert A.
Derengoski,* Solicitor General, *William L. Cahalan,*
Prosecuting Attorney, *Dominick R. Carnovale,*
Chief, Appellate Department, and *Luvenia D.
Dockett,* Assistant Prosecuting Attorney, for the
people.

---

REFERENCE FOR POINTS IN HEADNOTE
4 Am Jur 2d, Appeal and Error § 493.

*Arthur J. Tarnow* (State Appellate Defender), for defendants on appeal.

BLACK, J. (*for summary affirmance*). When the application for leave to review *People* v. *Sims* (23 Mich App 194) came to consideration and discussion last year, I thought the opinion of Division 1 so right both of reasoning and result as to justify an open dissent against grant of the application. That was done by note appended to the Court's order of grant. See 384 Mich 780.

Formal submission of the appeal granted leaves me the more impressed that no error, reversible or otherwise, was or now is disclosed. I would adopt the opinion of Appeals Judge V. J. BRENNAN and therefore vote for summary affirmance.

ADAMS, T. E. BRENNAN, SWAINSON and WILLIAMS, JJ., concurred with BLACK, J.

T. M. KAVANAGH, C. J., and T. G. KAVANAGH, J., concurred in the result.